BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00003-JAM-KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $47,000.00 IN U.S. CURRENCY, | |
| 1996 CORRECT CRAFT SKI NAUTIQUE BOAT, HULL ID NUMBER: CTC68032J596, and | |
| 2011 GMC SIERRA 1500 PICKUP TRUCK, VIN: 1GTR1VE09BZ335637, LICENSE NUMBER: 26436D1, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Temple Christian John Ball and Jennifer Lee Ball ("claimants"), by and through their respective attorneys, as follows:

1.  On or about October 19, 2012, claimant Temple Christian John Ball filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration ("DEA") with respect to the above-referenced defendant properties, which were seized on or about June 28, 2012, by Placer County law enforcement

officers. The DEA adopted the defendant properties for federal forfeiture on July 27, 2012.

2. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant properties under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant Temple Christian John Ball has filed a claim to the defendant properties as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is currently January 17, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to March 18, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant properties

///
///
///
///
///
///
///
///
///

2

Stipulation and Order to Extend Time

and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture shall be extended to March 18, 2013.

DATED:  1/16/13                         BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney


DATED: 1/16/13                          /s/ J. Raza Lawrence
                                        J. RAZA LAWRENCE
                                        MARGOLIN & LAWRENCE
                                        Attorney for Potential Claimants
                                        Temple Christian John Ball and
                                        Jennifer Lee Ball

                                        (Authorized by email)


**IT IS SO ORDERED**.

Dated:  1/17/2013                       /s/ John A. Mendez
                                        UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order to Extend Time